United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 25, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 03-40275
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

HERMELINDA MENDEZ,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-02-CR-281-ALL
--------------------

Before JOLLY, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Hermelinda Mendez appeals from her sentence for conspiracy
to possess with intent to distribute marihuana in violation of 21
U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.  Mendez argues that
the district court erred in finding that she had not accepted
responsibility for her actions.

    The discrepancies between Mendez' assertions at her re-
arraignment and sentencing hearing and the accounts of Jamie Lynn
Lopez and Geneva July Romero constitute an adequate foundation

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for the district court's decision to deny Mendez a sentence adjustment on the basis of acceptance of responsibility.  <u>See</u> <u>United States v. Pierce</u>, 237 F.3d 693, 695 (5th Cir. 2001).  The district court declined to credit Mendez' statements about her role in the offense, <u>see</u> <u>United States v. Becerra</u>, 155 F.3d 740, 757 (5th Cir. 1998), and the district court's finding is given great deference on appeal.  <u>United States v. Marmolejo</u>, 139 F.3d 528, 531 (5th Cir. 1998).  There was no error.

AFFIRMED.